# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

NANCY COOK,                              :
                                               Case No. 3:12CV092
        Plaintiff,                      :

        -vs-                            :       District Judge Thomas M. Rose
                                                Magistrate Judge Michael J. Newman
J. THOMAS & COMPANY, INC. DBA           :
THE WAFFLE HOUSE,
                                        :
        Defendant.

---

# ORDER

---

The discovery phase of this case has ended. No discovery Motion or other matter referred to the undersigned Judicial Officer remains pending. The case is presently set for further proceedings, including trial, before United States District Judge Thomas M. Rose. The Clerk of Court is directed to note in the record that:

1.      Referral of this case to the undersigned Judicial Officer has expired; and

2.      No Motion or other matter in this case remains pending before the undersigned Judicial Officer.

February 22, 2013                               _____s/Michael J. Newman_____
                                                        Michael J. Newman
                                                  United States Magistrate Judge